

# NUMBER 13-21-00288-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

CASTINE MCILHARGEY AND
JODY MCINTYRE, INDIVIDUALLY,
AND DERIVATIVELY ON BEHALF
OF A+ PRO RECOVERY AND
TOWING, LLC,                                                        Appellants,

v.

ERIK M. HAGER, JASON RIOS,
EDUARDO PENA, JOANNA PENA,
AND SOUTH PADRE TOWING AND
RECOVERY, LLC,                                                        Appellees.

---

### On appeal from the 107th District Court
### of Cameron County, Texas.

---

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

On March 9, 2022, the Clerk of this Court notified appellants that they had failed to request the reporter's record, directed them to correct this defect within ten days, and advised them that the Court would consider and decide those issues that did not require a reporter's record if the defect was not cured. Appellants have not cured this defect.

We previously advised appellants that their brief would be due twenty days after the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a)(1), (2). Given this sequence of events, appellants' brief is now past due. *See id.* We order appellants to file their brief with this Court by April 4, 2022. Due to the history of this case, we will not favorably entertain a motion for extension of time regarding filing the brief unless the appellants allege extraordinary circumstances and support the request for an extension with appropriate argument and evidence. *See generally id.* R. 10.1, 10.2, 10.5(b). If appellants fail to timely file the brief, the appeal will be dismissed. *See id.* R. 42.3(b), (c).

PER CURIAM

Delivered and filed on the
29th day of March, 2022.